# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DANELL MURPHY,

    Petitioner,

v.                                       CASE NO. 3:20cv5433-MCR-EMT

M.V. JOSEPH,

    Respondent.

_____/

# **O R D E R**

    The chief magistrate judge issued a Report and Recommendation on October 21, 2020. ECF No. 14. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. The Second Amended Petition, ECF No. 7, is **DENIED**.

**DONE AND ORDERED** this 19th day of January 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**